**FULL NAME:** Collin Michael McIntyre

**COMMITTED NAME (if different):** Federal Correctional Institution

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** PO Box 5000, Sheridan, OR, 97375
FCI Sheridan

**PRISON NUMBER (if applicable):** 90807-065

U.S. COURTS
Rcvd_____ Filed_____ Time_____
JUL 29 2019
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
## DISTRICT OF Idaho

Collin Michael McIntyre

PLAINTIFF,

v.

Joshua Barney

DEFENDANT(S).

**CASE NUMBER:** 1:19-cv-295-DCN
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____
   _____

   Defendants _____
   _____

b. Court _____
   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____
   _____
   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

   If your answer is no, explain why not *The conduct of the officer had not been brought to light untill after my release.*

3. Is the grievance procedure completed? ☐ Yes ☑ No

   If your answer is no, explain why not *The officer is in federal prison for this matter.*

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff *Collin Michael McIntyre*
(print plaintiff's name)
who presently resides at *Federal Correctional Institution, PO Box 5000, Sheridan, OR 97375*
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
*Idaho State Correctional Institution, Boise, Idaho,*
(institution/city where violation occurred)

on (date or dates) __Oct, 2016__ Thru __Nov, 2016__, _____.
                      (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Joshua Barney Reg# 19500-023__ resides or works at
   (full name of first defendant)
   __741-925 Access Rd A-25, Herlong, CA, 96113__
   (full address of first defendant)
   __Idaho State Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __In Oct, 2016 Joshua Barney was a correctional officer at Idaho State Correctional Institution over me__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

### D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

I was extorted by officer Barney while incarcerated at Idaho state correctional facility on or around Oct, 2016 thru Nov, 2016.

IDOC was notified by an officer Plummer via report that officer Barney was extorting inmates and failed to remove him resulting in my extortion.

It was cruel and unusual punishment for IDOC to allow officer Barney to extort me while I was incarcerated and under his charge.

It was wrongful imprisonment to place me in segregation for 21 days and reprimand me for being extorted by officer Barney.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

- In April of 2019 officer Joshua Barney of Idaho state correctional Institution was sentenced to federal prison for the hobbs act extortion under color of law of the plaintiff in this case.

- Joshua Barney admitted to committing acts of hobbs act extortion as a correctional officer, and was convicted.

- Officer Joshua Barney did receive through extortion under color of law $1200 not due to him from Collin McIntyre while serving as an officer for Idaho State Correctional Institution over McIntyre

- IDOC staff had been notified several times by fellow officers and inmates and failed to immediately take action to protect me.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

As a result of Joshua Berney extorting me while I was incarcerated at Idaho State Correctional Institution I have lost a year of my life and negatively impacted my family's lives forever.

I believe I am entitled to monitary compensation for the amount of $150,000 for the year incarcerated as a result of this extortion.

I believe I am entitled to the wages lost as a result of my incarceration after this extortion prompted for the amount of $35,000

I am also entitled to pain and suffering due to the time of abuse under Berney's power $100,000

I request $285,000 in damages

_____      _____
(Date)                                 (Signature of Plaintiff)